# Exhibit 1



# The Nassau County Charter

Prepared by the
Nassau County Attorney's Office

# January 1, 2024

N1

to be performed, the fiscal and economic impact statement shall contain a cost comparison of the cost to the county to provide any services required by the local law by outside contractors as compared to utilizing county personnel.  In the event the county budget does not contain positions of employment necessary to perform such tasks, the cost comparison shall indicate what the cost will be to the county to provide such service by county personnel.

iv) Total estimated financial cost upon all budget funds of the county;

v) The property tax impact;

vi) The sales tax impact;

vii) The impact on other fees and revenues; and

viii) The general impact on the economy of Nassau County including, but not limited, to employment, tourism, business and commerce, and real estate information.
(Added by Local Law No. 8-2003, in effect June 12, 2003.)

§ 151. **Effect of local law on acts of State Legislature.**  In adopting a local law changing or superseding any provision of an act of the State Legislature which provision does not in terms and in effect apply alike to all counties, the County Legislature shall specify the chapter number, year of enactment, title of statute, section, subsection or subdivision, which it is intended to change or supersede, but the failure so to specify shall not affect the validity of such local law.  Such a superseding local law may, in like manner, contain the text of such statute, section, subsection or subdivision and may indicate the changes to be effected in its application to such county by enclosing in brackets the matter to be eliminated therefrom and italicizing or underscoring new matter to be included therein.
(Amended by Local Law No. 11-1994, in effect January 1, 1996.)

§ 152. **Action by County Legislature.**

1. No such local law shall be passed except by at least ten affirmative votes of the County Legislature.  On the final passage of a local law the question shall be taken by ayes and noes which shall be entered in the journal of proceedings.  The style of local laws shall be "Be it enacted by the County Legislature of the County of Nassau as follows:"

2. Every such local law shall embrace only one subject.  The title shall briefly refer to the subject matter.

3. No such local law shall be passed until it shall have been in final form and upon the desks of the members of the County Legislature at least one week prior to its

I-A: Local Laws

final passage.

4. No local law shall be passed by the County Legislature until a public hearing thereon has been had before such body. A notice specifying the title of such local law and the time and place of such public hearing shall be published in the official newspapers of the county at least four days prior to the date of such hearing.
(Amended by Local Law No. 11-1994, in effect January 1, 1996.)

§ 153. **Approval of local law by County Executive.** Every local law, after its passage by the County Legislature, shall be certified by the Clerk thereof and presented, within five days from the date of passage, to the County Executive for approval. If the County Executive approves it, he shall sign it and return it to such clerk. It shall then be deemed to have been adopted. If he disapproves it, he shall return it to the Clerk with his objections stated in writing and the Clerk shall present the same with such objections to the County Legislature at its next regular meeting and such objections shall be entered in its journal. The County Legislature within thirty days thereafter may reconsider the same. If after such reconsideration thirteen affirmative votes of the County Legislature be cast in favor of re-passing such local law, it shall be deemed adopted, notwithstanding the disapproval of the County Executive. Only one vote shall be had upon such reconsideration. The vote shall be taken by ayes and nos which shall be entered in the journal. If the County Executive shall neither approve nor return to the clerk with his objections a local law presented to him, within thirty days of its passage by the County Legislature, it shall be deemed to be adopted in like manner as if he had signed it. At any time prior to the return of a local law by the County Executive, the County Legislature may recall the same and reconsider its action thereon.
(Amended by Local Law No. 11-1994, in effect January 1, 1996.)

§ 154. **Restriction on county legislation.** Notwithstanding any provision of this chapter, the County Legislature of the county shall not be deemed authorized by this article to adopt a local law, which supersedes a state statute now in force or hereafter enacted by the Legislature, if such local law:

1. Removes or raises any limitation of law on the amount in which the county may become indebted, or on the amount to be raised in anyone year by tax for county purposes, or for any county purpose;

2. Removes restrictions of law as to the maturities of bonds or other evidences of debt or which changes a provision of law that the issuance thereof shall be subject to a referendum either mandatory or permissive;

3. Applies to or affects any provision of the Labor Law or the Workmen's Compensation Law;

4. Changes any provision of the tenement house law;

5. Applies to or affects existing powers of the State Comptroller in relation to

## I-A: Local Laws

      auditing or examining municipal accounts or prescribing forms of municipal accounting;

6. Applies to or affects any provision of law providing for regulation or elimination of railroad crossings at grade or railroad terminal facilities within the county;

7. Applies to or affects any provision of law relating to the property, affairs or government of any city within the territory of such county;

8. Applies to or affects any provision of law relating to the property, affairs or government of any village within the territory of such county.
(Amended by Local Law No. 11-1994, in effect January 1, 1996.)

§ 155. **Local law subject to mandatory referendum.** No such local law shall become operative or effective unless and until the same is adopted by the electors of such county at the next general election in such county held not less than sixty days after the adoption thereof by receiving a majority of the total votes cast thereon in (1) the county, (2) every city containing more than twenty-five per centum of the population of the county according to the last preceding federal census, and (3) that part of the county, if any, outside of such city, if it abolishes or creates an elective office or changes the voting or veto power of or the method of removing an elective officer, changes the term of office or reduces the salary of an elective officer during his term of office, abolishes, transfers or curtails any power of an elective officer, changes the form or composition of the elective body of such county, or provides a new form of government for such county. Notwithstanding the provisions of this section if any such local law so provides it shall be submitted at a special election, instead of at the next general election, to be held not less than sixty days after the adoption of such local law, the date for which special election shall be fixed by the County Legislature. In either case such local law shall become operative or effective as provided herein.
(Amended by Local Law No. 12-1965: Local Law No. 4-1966, in effect September 23.1966; Local Law No. 11-1994, in effect January 1, 1996.)

§ 156. **Local laws subject to referendum on petition.** A local law shall be subject to the provisions of the next section, which:

  1. Dispenses with a provision of law requiring a public notice or hearing as a condition precedent to official action;

  2. Changes a provision of law relating to public bidding, purchases or contracts;

  3. Changes a provision of law relating to assessments for taxation or special assessments of property for improvements, or the exercise of the power of condemnation for public improvements;

  4. Changes a provision of law relating to the authorization or issuance of county bonds or other obligations;

XXII: General Provisions

strength thereof may in a particular case authorize the purchase and use of patented pavement or other patented article as to which competition cannot be secured.
(Amended by L. 1947 Ch. 302 §, in effect March 22, 1947.)

§ 2209. **Requiring use of patented articles.**  No officer of the county government shall order any householder or freeholder to use any patented article on any building or in any public street or buildings, except under such circumstances that there can be a fair and reasonable opportunity for competition, the conditions to secure which shall be prescribed by the Board of Supervisors by ordinance.

§ 2210. **Ordinances to receive judicial notice.**  A code or other volume containing the ordinances or resolutions of the county published by authority of the Board of Supervisors shall be prima facie evidence in all courts of justice of the authenticity of such ordinances or resolutions.  All courts in the county shall take judicial notice of county ordinances.

§ 2211. **Official Nassau County website and official newspapers.**

a)   The official website of Nassau County shall be www.nassaucountyny.gov, including any interconnected webpages prepared and maintained by Nassau County.

b)   The member or members of the Board of Supervisors representing, respectively, the two political parties whose candidate for governor received the highest and next highest number of votes in the county at the last general election at which a governor was chosen, or a majority of such members representing, respectively, each of such political parties, shall on or before January fifteenth in each year designate in writing a newspaper published daily and having an average daily paid general circulation of not less than fifty thousand within the county, to be an official newspaper of the county for the ensuing year or until its successor is designated, and such designation shall be filed with the clerk of the Board of Supervisors.  If there be no member of the Board of Supervisors representing either of such political parties, the designation of an official newspaper which would have been made by such member or members shall be made by the chairman of the county committee of such party in like manner and with like effect as a designation by the members of the Board of Supervisors representing such party.  All notices, other than notices relating to the sale of property for taxes which shall be published as now or hereafter provided by law, required to be published by this act or otherwise by law, shall be published in the official newspapers designated as provided above and in such other publications as the County Executive may, from time to time, determine unless otherwise provided by the local finance law.
(Amended by L. 1943 Ch. 710 §06: L. 1945 Ch. 338: Local Law No. 16-1973 in effect December 31, 1973; amended by Local Law No. 1-1986, in effect January 6, 1986; Amended by Local Law No. 15-2011, in effect December 22, 2011.)

§ 2212. **Members of appointive boards and commissions compensation; absence from meetings; vacancies.**  Unless otherwise provided in this act the appointive