# Exhibit 2

DESIGNATION OF OFFICIAL NEWSPAPER
BY THE MEMBERS OF THE NASSAU COUNTY LEGISLATURE
REPRESENTING THE REPUBLICAN PARTY

We, the undersigned, being the members of the Nassau County Legislature, State of New York, representing the Republican Party, which is one of the two political parties whose candidate for Governor received the highest and next highest number of votes in the County of Nassau at the last General Election at which a Governor was chosen, do hereby designate Newsday, a newspaper having a general circulation in the County of Nassau, as an official newspaper for the year 2024 or until its successor is designated.

Dated: January 8, 2024

    Garden City, (Mineola, P.O.), New York

| | |
|---|---|
| _____ | _____ |
| Legislator Patrick Mullaney | Legislator Howard Kopel |
| _____ | _____ |
| Legislator John Guiffre | Legislator Scott Strauss |
| _____ | _____ |
| Legislator Mazi Melesa Pilip | Legislator Michael Giangregorio |
| _____ | _____ |
| Legislator Thomas McKevitt | Legislator William Gaylor |
| _____ | _____ |
| Legislator John Ferretti | Legislator Rose Walker |
| _____ | _____ |
| Legislator Samantha Goetz | Legislator James Kennedy |

35

DESIGNATION OF OFFICIAL NEWSPAPER

BY THE MEMBERS OF THE NASSAU COUNTY LEGISLATURE

REPRESENTING THE DEMOCRATIC PARTY

We, the undersigned, being the members of the Nassau County Legislature, State of New York, representing the Democratic Party, which is one of the two political parties whose candidate for Governor received the highest and next highest number of votes in the County of Nassau at the last General Election at which a Governor was chosen, do hereby designate Newsday, a newspaper having a general circulation in the County of Nassau, as an official newspaper for the year 2024 or until its successor is designated.

Dated: January 8, 2024

    Garden City, (Mineola, P.O.), New York

_____
Legislator Delia DeRiggi-Whitton

_____
Legislator Siela A. Bynoe

_____
Legislator Debra Mulé

_____
Legislator Seth I. Koslow

_____
Legislator Arnold W. Drucker

_____
Legislator Carrié Solages

_____
Legislator Scott M. Davis

36