Exhibit 4

NC FULL LEGISLATURE 06.24.2024

```
 1
 2
 3                  NASSAU COUNTY LEGISLATURE
 4                  FULL LEGISLATURE MEETING
 5
 6                         *******
 7
 8          HOWARD J. KOPEL, PRESIDING OFFICER
 9
10                         ********
11
12                         *******
13
14        County Executive and Legislative Building
15                   1550 Franklin Avenue
16                    Mineola, New York
17                         ********
18                  Monday, June 24, 2024
19                         1:21 p.m.
20
21
22
23     TAKEN BY:  KAREN LORENZO, OFFICIAL COURT REPORTER
24
25
```

TOP KEY COURT REPORTING, INC. (516) 414-3516          1

NC FULL LEGISLATURE 06.24.2024

1
2      Deputy County Attorney -- does it say the
3      word transgender in the legislation?
4           MS. LAGRECA:  It does not.
5           LEGISLATOR FERRETTI:  Okay. Does it
6      preclude biological males, whether
7      they're transgender or not, from playing
8      on County fields in all women's sports?
9           MS. LAGRECA:  Yes.
10          LEGISLATOR FERRETTI:  So would this
11     apply to every biological male on this
12     dais?
13          MS. LAGRECA:  Yes.
14          LEGISLATOR FERRETTI:  Okay. So it
15     does not specifically apply to
16     transgender individuals, correct?
17          MS. LAGRECA:  That's correct.
18          LEGISLATOR FERRETTI:  So let's call
19     it what it is. I know you're trying to
20     rile everybody up in the room. You're
21     trying to tell *Newsday* it's a transgender
22     ban. They'll probably print it, but it's
23     not reality, correct?
24          MS. LAGRECA:  Correct.
25          LEGISLATOR FERRETTI:  Now, can you

NC FULL LEGISLATURE 06.24.2024

1
2    local law amending Section 2211 of the
3    charter to provide for a more.
4    Appropriate method of designating an
5    official paper for the purpose of
6    advertising items, including public
7    notices.
8        As was discussed at the Committee
9    meeting, we had to amend this item to
10    clarify the involvement of the County
11    Executive and the designation process. As
12    amended, this item provides that the
13    County Executive make a recommendation by
14    January 6th, subject to the approval of
15    the County Legislature for an official
16    paper. Thereafter, the County
17    Legislature, by January 15th must
18    designate a paper. The designation will
19    be filed with the Clerk of the County
20    Legislature.
21        Also under this amendment, upon the
22    recommendation of the County Executive,
23    again subject to legislative approval,
24    the Legislature may designate one or more
25    online news media websites as a

NC FULL LEGISLATURE 06.24.2024

```
 1
 2          newspapers for publication purposes.
 3              PRESIDING OFFICER KOPEL:  All right.
 4          Yes, Mr. Drucker.
 5              LEGISLATOR DRUCKER:  Presiding
 6          Officer, I promise to be extremely brief,
 7          because I know we're all getting tired,
 8          myself included. But I would just say
 9          that I appreciate the Administration
10          making the adjustment to change "shall"
11          to "may", in terms of the language here.
12          But it's still, no matter how hard you're
13          going to try, you can't change the fact
14          that this law, this proposed law,
15          represents a curtailment of the
16          Legislature, because under the under New
17          York State County law, Section 214, this
18          particular aspect of governance is the
19          sole power of the County Legislature.
20          Now what you're doing is you're injecting
21          and inserting the County Executive into
22          the process. So no matter how much you
23          tweak the wording to say "may" recommend
24          instead of "shall" recommend, it's still
25          fatally flawed. It's a violation, it's a
```

NC FULL LEGISLATURE 06.24.2024

1
2  contravention of county law. We do not
3  need to insert the County Executive into
4  this process whatsoever. So on behalf of
5  our caucus, this is how we stand.  I'm
6  not sure if anyone else on my side wants
7  to say anything.
8       MR. LEIMONE:  If I may respond.
9       PRESIDING OFFICER KOPEL:  Yes.  I
10  was going to ask you, Mr. Leimone.
11       MR. LEIMONE:  Yeah.  It's the
12  position -- we've looked at this. The
13  County Attorney's Office has looked at
14  this. It's not a curtailment.  It is a
15  recommendation subject to legislative
16  approval.
17       PRESIDING OFFICER KOPEL:  And the
18  Legislature can reject and pick their own
19  paper.
20       MR. LEIMONE:  Correct. Correct. And
21  pick your own paper. It's a non-binding
22  recommendation.
23       LEGISLATOR DRUCKER:  But we all know
24  how that's going to turn out, Chris. I
25  mean, we look at here, we look at the

TOP KEY COURT REPORTING, INC. (516) 414-3516       245