# Exhibit 5

MICHAEL C. PULITZER
CLERK OF THE LEGISLATURE



PHONE: 516 571-4252
FAX: 516 571-4217

**NASSAU COUNTY LEGISLATURE**
1550 FRANKLIN AVENUE MINEOLA, NEW YORK 11501

July 25, 2024
Secretary of State
State Record and Law Bureau
99 Washington Ave Suite 600
Albany, New York 12231

Dear Sir/Madam:

In accordance with Section 160 of the County Government Law of Nassau County which require that the Clerk of Nassau County Legislature file a certified copy of a local law within five days, I am transmitting to you one (1) copy of **Local Law Number 4-2024,** to be filed.

Should there be any questions regarding timely filing of the enclosed Local Law, please contact my office immediately at (516) 571- 4390. Also please acknowledge receipt of same.

Very truly yours,


Crystal Albert
Special Assistant to the Clerk of the Legislature

CA/MP
Encl.

N1

# Local Law Filing
*Instructions*

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231-0001
www.dos.ny.gov

**PLEASE OBSERVE THESE INSTRUCTIONS
FOR FILING LOCAL LAWS WITH THE SECRETARY OF STATE**

1. Each local law shall be filed with the Secretary of State within 20 days after its final adoption or approval as required by section 27 of the Municipal Home Rule Law. The cited statute provides that a local law shall not become effective before it is filed in the office of the Secretary of State.

2. Each local law to be filed with the Secretary of State shall be an original certified copy.

3. Each local law shall be filed on a form provided by the Department of State. If additional pages are required, they must be the same size as the form. Typewritten copies of the text may be attached to the form. Only legible copies will be accepted.

4. File only the number, title and text of the local law.

5. In the case of a local law amending a previously enacted local law, the text must be that of the law as amended. Do <u>not</u> include any matter in brackets, with a line through it, italicized or underscored to indicate the changes made. The printed number of the bill and explanatory matter must be omitted.

6. For the purpose of filing a local law with the Department of State, number each local law consecutively, beginning with the number one for the first local law filed in each calendar year. The next number in sequence should be applied to each local law when it is submitted for filing, regardless of its date of introduction or adoption. The date of filing of a local law is the date on which the local law is placed on file by the Department.

It is suggested that municipalities use introductory identifying bill numbers for proposed local laws. After the local law is enacted (and approved by the voters, if required), the local law should then be numbered with the next consecutive local law number, as described above, and then submitted to the Department for filing.

7. Each copy of a local law filed with the Secretary of State shall have affixed to it a certification by the Clerk of the County legislative body or the City, Town or Village Clerk or other officer designated by the local legislative body. Certification forms are provided herewith.

8. A copy of each local law may be mailed or delivered to:
   NYS Department of State
   Division of Corporations, State Records and Uniform Commercial Code
   One Commerce Plaza, 99 Washington Avenue
   Albany, NY 12231.

**(DO NOT FILE THIS INSTRUCTION SHEET WITH THE LOCAL LAW.)**

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231-0001
www.dos.ny.gov

# Local Law Filing

(Use this form to file a local law with the Secretary of State.)

Text of law should be given as amended. Do not include matter being eliminated and do not use italics or underlining to indicate new matter.

☒ County  ☐ City  ☐ Town  ☐ Village
*(Select one:)*

**of** Nassau

Local Law No. 4    of the year 2024

A local law  A LOCAL LAW TO AMEND SECTION 2211 OF THE COUNTY GOVERNMENT LAW OF
*(Insert Title)*
NASSAU COUNTY IN RELATION TO THE DESIGNATION OF A COUNTY NEWSPAPER.

137-24(CE)

**Be it enacted by the** Nassau County Legislature    **of the**
*(Name of Legislative Body)*

☒ County  ☐ City  ☐ Town  ☐ Village
*(Select one:)*
**of** Nassau                                                                            **as follows:**

(If additional space is needed, attach pages the same size as this sheet, and number each.)

**(Complete the certification in the paragraph that applies to the filing of this local law and strike out that which is not applicable.)**

1. **(Final adoption by local legislative body only.)**
I hereby certify that the local law annexed hereto, designated as local law No. 4 of 20 24 of the (County)(City)(Town)(Village) of Nassau was duly passed by the Nassau County Legislature on June 24 20 24, in accordance with the applicable
*(Name of Legislative Body)*
provisions of law.

2. **(Passage by local legislative body with approval, no disapproval or repassage after disapproval by the Elective Chief Executive Officer*.)**
I hereby certify that the local law annexed hereto, designated as local law No. 4 of 20 24 of the (County)(City)(Town)(Village) of Nassau was duly passed by the Nassau County Legislature on June 24 20 24, and was (approved)(not approved)
*(Name of Legislative Body)*
(repassed after disapproval) by the Chief Deputy County Executive and was deemed duly adopted
*(Elective Chief Executive Officer*)*
on July 24 20 [2][4], in accordance with the applicable provisions of law.

3. **(Final adoption by referendum.)**
I hereby certify that the local law annexed hereto, designated as local law No. _____ of 20 ___ of the (County)(City)(Town)(Village) of _____ was duly passed by the _____ on _____ 20 ___, and was (approved)(not approved)
*(Name of Legislative Body)*
(repassed after disapproval) by the _____ on _____ 20 ___.
*(Elective Chief Executive Officer*)*
Such local law was submitted to the people by reason of a (mandatory)(permissive) referendum, and received the affirmative vote of a majority of the qualified electors voting thereon at the (general)(special)(annual) election held on _____ 20 ___, in accordance with the applicable provisions of law.

4. **(Subject to permissive referendum and final adoption because no valid petition was filed requesting referendum.)**
I hereby certify that the local law annexed hereto, designated as local law No. _____ of 20 ___ of the (County)(City)(Town)(Village) of _____ was duly passed by the _____ on _____ 20 ___, and was (approved)(not approved)
*(Name of Legislative Body)*
(repassed after disapproval) by the _____ on _____ 20 ___. Such local
*(Elective Chief Executive Officer*)*
law was subject to permissive referendum and no valid petition requesting such referendum was filed as of _____ 20 ___, in accordance with the applicable provisions of law.

---

* Elective Chief Executive Officer means or includes the chief executive officer of a county elected on a county-wide basis or, if there be none, the chairperson of the county legislative body, the mayor of a city or village, or the supervisor of a town where such officer is vested with the power to approve or veto local laws or ordinances.

5. **(City local law concerning Charter revision proposed by petition.)**
I hereby certify that the local law annexed hereto, designated as local law No._____ of 20_____ of the City of _____ having been submitted to referendum pursuant to the provisions of section (36)(37) of the Municipal Home Rule Law, and having received the affirmative vote of a majority of the qualified electors of such city voting thereon at the (special)(general) election held on _____ 20_____, became operative.

6. **(County local law concerning adoption of Charter.)**
I hereby certify that the local law annexed hereto, designated as local law No._____ of 20_____ of the County of _____ State of New York, having been submitted to the electors at the General Election of November _____ 20_____, pursuant to subdivisions 5 and 7 of section 33 of the Municipal Home Rule Law, and having received the affirmative vote of a majority of the qualified electors of the cities of said county as a unit and a majority of the qualified electors of the towns of said county considered as a unit voting at said general election, became operative.

**(If any other authorized form of final adoption has been followed, please provide an appropriate certification.)**
I further certify that I have compared the preceding local law with the original on file in this office and that the same is a correct transcript therefrom and of the whole of such original local law, and was finally adopted in the manner indicated in paragraph _____ above.

_____
Clerk of the county legislative body, City, Town or Village Clerk or officer designated by local legislative body

(Seal)

Date: 7/25/2024

STATE OF NEW YORK  
COUNTY OF NASSAU } ss.:

*Issued to:* Comptroller/Treasurer

*NO.*

I, MICHAEL C. PULITZER, *Clerk Of the Legislature of the County of Nassau, do hereby certify that on*

__Monday, June 24, 2024__, *the annexed* __Local Law 4-2024__ *was passed by the Nassau County Legislature, by a majority vote of the voting power of the said Nassau County Legislature.*

FURTHER, *that the total voting power of the said Nassau County Legislature is nineteen,*

THAT *the total votes for said proposed local law were* __12__ *Yea /* __5__ *Nay*

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of said Nassau County Legislature

This __25th__ day of __July__,

in the Year two thousand and __24__.

*Clerk of the Legislature*

MGP  
*County of Nassau*  
*Fifteenth Legislature*

**RESOLUTION NO. 13-2024 AS TO PROCEDURE**

A RESOLUTION RATIFYING THE ACTION OF THE CLERK OF THE LEGISLATURE TO CAUSE TO BE PUBLISHED A NOTICE OF HEARING ON A LOCAL LAW LAID ON THE DESKS OF THE LEGISLATORS BY THE CLERK OF THE LEGISLATURE, PURSUANT TO THE COUNTY GOVERNMENT LAW OF NASSAU COUNTY, THE NASSAU COUNTY ADMINISTRATIVE CODE AND THE RULES OF THE COUNTY LEGISLATURE.

Became a resolution on June 24, 2024

Votes to Open Hearing: for: 17, against 0(absent Leg. Bynoe, Leg Deriggi Whitton)

Votes to Close Hearing: for: 17, against 0, (absent Leg. Bynoe, Leg Deriggi Whitton)

WHEREAS, the Clerk of the Legislature has laid upon the desks of the Legislators

**A Local Law Entitled:**
A LOCAL LAW TO AMEND SECTION 2211 OF THE COUNTY GOVERNMENT LAW OF NASSAU COUNTY IN RELATION TO THE DESIGNATION OF A COUNTY NEWSPAPER 137-24(CE)

RESOLVED, that a public hearing on such proposed Local Law be held before this Legislature in its Meeting Room in the Theodore Roosevelt Executive and Legislative Building, Mineola, New York, on June 24, 2024 at 1:00 clock in the afternoon of that day; and further

RESOLVED, that the Clerk of the Legislature publishing in the official newspapers of the County at least four days prior to the date of such public hearing, a notice specifying the title of such proposed Resolution and the time and place of such public hearing, is hereby ratified and confirmed.

5    N7

Introduced by C E / Howard Kopel,

137/u4. Amendment

**LOCAL LAW NO. 4 -2024**

A LOCAL LAW TO AMEND SECTION 2211 OF THE COUNTY GOVERNMENT LAW OF NASSAU COUNTY IN RELATION TO THE DESIGNATION OF A COUNTY NEWSPAPER.

APPROVED AS TO FORM
Deputy County Attorney

BE IT ENACTED by the County Legislature of the County of Nassau as follows:

Section 1. Subdivision b of Section 2211 of the County Government Law of Nassau County is amended as follows:

b) The County Executive shall on or before January sixth in each year recommend, subject to approval by the County Legislature, a newspaper published daily to be an official newspaper of the county for the ensuing year or until its successor is designated. Thereafter, the County Legislature shall on or before January fifteenth in each year designate in writing a newspaper published daily to be an official newspaper of the county for the ensuing year or until its successor is designated, and such designation shall be filed with the clerk of the County Legislature. All notices, other than notices relating to the sale of property for taxes

6

N8

which shall be published as now or hereafter provided by law, required to be published by this act or otherwise by law, shall be published in the official newspaper designated as provided above and in such other publications as the County Executive may, from time to time, determine unless otherwise provided by the local finance law.

§ 2. A new Subdivision c is added to Section 2211 of the County Government Law of Nassau County as follows:

c)   The County Executive, subject to approval of the County Legislature, may designate one or more online news media websites as newspapers for the purposes of publications required under local law. Any such online news media website must be dedicated, in whole or in part, to regional news involving Nassau County and its New York metropolitan area neighboring counties.

§ 3. Severability. If any clause, sentence, paragraph, subdivision, section, or part of this law or the application thereof to any person, individual, corporation, firm, partnership, entity, or circumstance shall be adjudged by any court of competent jurisdiction to be invalid or unconstitutional, such order or judgment shall not affect, impair, or invalidate the remainder thereof, but shall be confined in its operation to the clause, sentence, paragraph, subdivision, section, or part of this law, or in its application to the person, individual, corporation, firm, partnership, entity, or circumstance directly involved in the controversy in which such order or judgment shall be rendered.

§ 4. It is hereby determined, pursuant to the provisions of the State Environmental Quality Review Act, 8 N.Y.E.C.L. section 0101 et seq. and its implementing regulations, Part 617 of 6 N.Y.C.R.R., and Section 1611 of the County Government Law of Nassau County, that the amendment of the Nassau County Administrative Code in relation to a special revenue fund is a "Type II" Action within the meaning of Section 617.5(c)(26) of 6

N.Y.C.R.R. ("routine or continuing agency administration and management, not including new programs or major reordering of priorities that may affect the environment"), and, accordingly, is of a class of actions which does not have a significant effect on the environment; and no further review is required.

§ 5. This local law shall take effect immediately.

APPROVED

County Executive
Chief Deputy County Executive

Date

3

N10