Exhibit 6

NC FULL LEGISLATURE 12.16.2024

1

2

3                    NASSAU COUNTY LEGISLATURE

4                    FULL LEGISLATURE MEETING

5                           *******

6              HOWARD J. KOPEL, PRESIDING OFFICER

7

8

9                           *******

10        **County Executive and Legislative Building**

11                   **1550 Franklin Avenue**

12                   **Mineola, New York**

13                          ********

14              Monday, December 16, 2024

15                        1:20 p.m.

16

17     TAKEN BY:  ALEXA LORENZO, OFFICIAL COURT REPORTER

18

19

20

21

22

23

24

25

NC FULL LEGISLATURE 12.16.2024

1

2      PRESIDING OFFICER KOPEL:  Resolution

3      12, which designates the official

4      newspaper for the County of Nassau for

5      the year 2025.

6          Motion by Deputy Presiding Officer

7      McKevitt.  Seconded by Legislator

8      Ferretti.

9          LEGISLATOR DAVIS:  Can I be heard on

10     this?

11         PRESIDING OFFICER KOPEL:  All right.

12     Legislator Davis.

13         LEGISLATOR DAVIS: So in terms of the

14     designation of an official County

15     newspaper, the common sense seems to me

16     that the newspaper that we should be

17     using is the one that reaches the most

18     people. The idea of good government is

19     that we are transparent, that what we do

20     is scrutinized, and that we're

21     accountable for what we do. It's my

22     understanding that *Newsday* has been the

23     official newspaper of the Legislature of

24     the County since the inception of the

25     Legislature, and we modified, by

NC FULL LEGISLATURE 12.16.2024

1

2       resolution, we amended the Charter in

3       June of this year. And when I say we, it

4       wasn't a unanimous decision. It was along

5       party lines. And I'm trying to figure out

6       or look at why we're doing this. And one

7       of the best metrics or ways we can look

8       at it is by numbers. And I do have some

9       numbers that I want everyone to know. So

10      it's my understanding through Scarborough

11      and Nielsen data that between the dates

12      of February and October of 2024, *Newsday*

13      has a weekly readership of 440,000

14      readers in Nassau County. The *New York*

15      *Post* has a weekly readership rate of

16      almost half, 227,000 weekly readers. So

17      why the change? Why now? Why go to an

18      official newspaper that has less

19      readership?

20          I took the liberty of looking at a

21      little bit more detail, *Newsday* and *The*

22      *Post*, and I looked at something that I

23      thought would be very instructive and

24      something that I think all of us here in

25      the legislature and all those who are

1

2      listening should consider:  *Newsday* has a

3      slogan, and that slogan is, "Your eye on

4      Long Island". *Newsday* is based in Long

5      Island, in Melville, but certainly we're

6      all familiar with their articles. We're

7      all familiar with their reporters. We're

8      all familiar with their scrutiny for all

9      of us.

10          I looked at *The New York Post* to see

11     what their slogan was; there isn't one. I

12     looked to see where *The Post* is

13     headquartered, and they're on Avenue of

14     the Americas in New York City. So we have

15     to ask ourselves, why are we doing this?

16     Why are we going to a newspaper that is

17     not hyperlocal? Why are we going to a

18     newspaper that has less weekly

19     readership? Why are we going to a

20     newspaper that is based in New York City

21     and not in Long Island? Why did we amend

22     the County Charter in order to facilitate

23     this? This is what makes all of us look

24     bad.  Because people look at this and

25     they and they wonder, why are we doing

1

2      it? People have the right. And me as a

3      new legislator, I welcome the scrutiny. I

4      welcome my feet held to the fire and

5      accountability. And I think we all

6      should. And when we're making decisions

7      that are blatantly political and they

8      have an adverse impact on the scrutiny

9      that the public can place on us, it's

10     just bad government and we shouldn't do

11     this.

12          PRESIDING OFFICER KOPEL: Okay.

13     Thank you, Legislator Davis.

14          I will just set forth a few comments

15     about why this was done and relating to

16     some of the items that you just

17     discussed.

18          First of all, in terms of the

19     circulation, I know the *Newsday* has

20     declined to provide it directly. I'm

21     going to finish. I didn't interrupt you.

22     You're not going to interrupt me.

23     *Newsday* has exhibited consistent bias in

24     terms of its editorial content and

25     certainly they've exhibited an inability

1

2          to distinguish between reporting news and

3          and their editorial opinions, which seep

4          into the news. They have historically

5          misquoted, quoted out of context. Going

6          beyond that, in terms of the

7          distribution, New York Post has -- by the

8          way, I should mention it's the oldest

9          continuously published paper in the

10         country founded by Alexander Hamilton --

11         it has a significant readership here in

12         Nassau County. *Newsday* has a paywall,

13         which blocks people from going ahead and

14         reading what's going on over here. As

15         well as even reading the notices that the

16         County publishes, those are all blocked

17         by a paywall. *New York Post* does not have

18         one. *New York Post* has promised to

19         establish a significant presence here.

20              Now, here in Nassau in the New Year,

21         they're going to have two full time

22         reporters here in Nassau County. And at

23         least a page or two of Nassau News,

24         devoted to Nassau news and more when

25         there's something significant going on.

NC FULL LEGISLATURE 12.16.2024

1

2          And last but not least, they're also

3          going to devote a significant amount of

4          time and publishing space to our local

5          sports teams. That's something that

6          *Newsday* does. I'll say that. And they're

7          going to be doing that as well. And

8          they've got a much better sports section

9          overall.  I'll tell you that. At least

10         that's my opinion. Much more robust.

11             The reporting staff has been

12         hollowed out in recent years.  They have

13         a couple local people and for the. Most

14         part they rely on wire services for their

15         news. You look at it and that's all you

16         see for national/international. It's all

17         AP and other wire services.

18             So all in all, this is a well

19         considered decision. It will not

20         preclude -- by the way, the way things

21         are structured will not preclude the

22         County from publishing items in *Newsday*

23         as well as appropriate. But all in all,

24         this is a good decision. It is a good

25         decision for the people of the county and

1

2          it is not going to detract at all from

3          the ability of the county residents,

4          which is the purpose of these notices.

5          It's not going to detract at all, given

6          the lack of paywall from anyone in the

7          county checking these things on a daily

8          basis as needed.

9               Legislator Bynoe?

10              LEGISLATOR BYNOE: Thank you.  So the

11         paywall issue I would consider legit as a

12         concern, but we are seeing currently that

13         the subscriber numbers are solid with

14         *Newsday*. Just today when I had the class

15         in here, as I do normally when I have a

16         class in here, I explained to them what

17         legislators do, and I explained that we

18         legislate. It's in our name, right? We

19         create laws, we vet laws, we vote on

20         laws. That we're fiduciaries, that we

21         manage the funds of the County. But I

22         explained to them, the most important

23         role of government of elected leaders is

24         that we connect them to resources, that

25         we are the access to government. And

1

2        access alone is not enough; awareness is.

3        And so *Newsday*, as a means for

4        promulgating any of the legal notices and

5        etcetra, that we would be engaging them

6        for, I think it's shortsighted to say

7        that we're not doing that, because we

8        don't feel that they have sided with our

9        policies, our philosophy, and our

10       political leanings. I have felt misquoted

11       by *Newsday*. I have felt that I didn't get

12       a fair shake with *Newsday*. But at the end

13       of the day, my job is in this role is not

14       to worry about how *Newsday* has treated

15       me. It's about how they're serving our

16       public. So to say that we're not going to

17       support *Newsday* because we don't agree

18       with how they have dealt with us. I think

19       it's shortsighted. It's inappropriate,

20       and it has no place in government or in

21       this chamber.

22           Thank you.

23           PRESIDING OFFICER KOPEL:  Okay.

24       Legislator Ferretti, of course.

25           LEGISLATOR FERRETTI:  Thank you,