# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

March 31, 2025

**VIA ECF**
Hon. Arlene Lindsay
U.S. Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   ***Newsday LLC v. Nassau County, Nassau County Legislature, and Bruce Blakeman, in his individual capacity***, **Case No. 2:25-cv-01297-ARL**
**Intent to File Motion to Dismiss**

Dear Magistrate Judge Lindsay,

We represent Nassau County, Nassau County Legislature, and Bruce Blakeman, in his individual capacity, ("Defendants") in the above-referenced action. We write pursuant to Section 4 of Administrative Order No. 2023-23 to express our intent to file a Federal Rules of Civil Procedure 12(b)(6) motion to dismiss Plaintiff's complaint in its entirety for failure to state a claim.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Todd G. Cosenza*
Todd G. Cosenza

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON