**WILLKIE FARR & GALLAGHER LLP**

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 14, 2025

**VIA ECF**
Hon. Arlene Lindsay
U.S. Magistrate Judge
Eastern District Of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Newsday LLC v. Nassau County, Nassau County Legislature, and Bruce Blakeman, in his individual capacity*, Case No. 2:25-cv-01297-DG-ARL

Your Honor:

We represent Defendants in the above-captioned matter and write with the consent of Plaintiff's counsel (together, the "Parties") to respectfully request an adjournment of the initial conference currently scheduled for May 28, 2025, at 11:45 a.m., as well as the related deadline to submit a Rule 26(f) Report by May 14, 2025, as set by the Court's March 17, 2025 Order.

The Parties make this request in light of the District Court's recent order granting Plaintiff leave to amend the complaint, with the amended pleading now due on May 30, 2025. The Parties believe it would be most efficient to hold the Initial Conference after the amended complaint has been filed.

Accordingly, the Parties jointly request that the Initial Conference be rescheduled for a date that is convenient to the Court on or after June 27, 2025, and that the Rule 26(f) Report be due two weeks in advance of the new conference date.

We appreciate the Court's attention to this matter.

Respectfully submitted,


/s/     *Todd G. Cosenza*

Todd G. Cosenza

cc:  Counsel for Plaintiff