WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 4, 2025

**VIA ECF**

Honorable Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re: *Newsday LLC v. Nassau County, Nassau County Legislature, and Bruce Blakeman, in his individual capacity*, Case No. 2:25-cv-01297-DG-ARL

Magistrate Judge Lindsay:

As directed, the parties in the above-referenced matter met and conferred again about the Rule 26(f) meeting plan on July 24, 2025. The parties were unable to come to agreement, and defendants subsequently filed a letter motion to stay discovery pending the adjudication of the motion to dismiss on July 25, 2025. *See* ECF No. 31. The motion is pending.

Given the pending motion to stay discovery, the parties called Your Honor's chambers this afternoon to inquire about whether the deadline for the parties to file "a joint Meeting Plan that is agreed to by parties … by August 6, 2025" still stands. The parties were advised to submit a letter requesting to adjourn the joint Meeting Plan deadline. Accordingly, the parties hereby request to adjourn the deadline to file a joint meeting plan until seven days after the motion to stay discovery is adjudicated. Defendants reserve the right to seek a further adjournment should they need to appeal a denial of their motion to stay.

Respectfully submitted,
*/s/ Todd G. Cosenza*
Todd G. Cosenza

*Counsel for Defendants*

*/s/ Lynn Oberlander*
Lynn Oberlander

*Counsel for Plaintiff*