**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

November 24, 2025

**VIA ECF**

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: *Newsday LLC v. Nassau County et al.*, No. 2:25-cv-01297-DG-ARL

Dear Judge Gujarati,

    We represent defendants Nassau County, Nassau County Legislature, and Bruce Blakeman (together, "Defendants") in the above-captioned action (the "Action"). With the consent of Plaintiff Newsday LLC ("Plaintiff"), we write to respectfully submit a proposed briefing schedule for Defendants' anticipated Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion") filed on November 10, 2025.

    In accordance with Rule III(B)(2) of this Court's Individual Practice Rules and Your Honor's directive from the July 8, 2025 Pre-Motion Conference ("And typically I would try to ask the parties to agree on a schedule to propose to the court."), Defendants and Plaintiff (together, the "Parties") have jointly agreed to propose the following briefing schedule for the Motion:

- Defendants' Motion to Dismiss due December 29, 2025
- Plaintiff's Opposition due January 30, 2026
- Defendants' Reply due February 13, 2026

    The Parties respectfully request that the Court approve the proposed briefing schedule set forth above.

    We thank the Court for its consideration of this request.

The Hon. Diane Gujarati
November 24, 2025
Page 2

Respectfully submitted,

/s/   *Todd G. Cosenza*

Todd G. Cosenza

cc: All Counsel of Record (via ECF)