UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
NEWSDAY LLC,                          :
                                      :  No. 2:25-cv-01297-DG-ARL
                         Plaintiff,   :  ECF Case
                                      :
              -against-               :
                                      :
NASSAU COUNTY, NASSAU COUNTY          :
LEGISLATURE, and BRUCE BLAKEMAN in    :
his individual capacity,              :
                         Defendants.  :
                                      :
------------------------------------- X

# MOTION TO WITHDRAW APPEARANCE OF DAVID A. SCHULZ

Pursuant to Local Civil Rule 1.4, I, David A. Schulz, respectfully submit this Motion to Withdraw as counsel for Plaintiff Newsday LLC ("Newsday"). In support of this Motion, I aver as follows:

1. I was, until recently, senior counsel with the law firm of Ballard Spahr LLP, and counsel to Plaintiff in the above-captioned matter.

2. Effective December 31, 2025, I have retired from my position with Ballard Spahr LLP.

3. I have notified Newsday of my retirement and my intention to withdraw as counsel in this action.

4. Newsday is aware and approves of its continued representation by Lynn Oberlander and Saumya Vaishampayan of Ballard Spahr LLP.

5. No party will be prejudiced by my withdrawal, and no deadline will be affected.

6. A copy of this motion has been provided to Newsday.

7. I am not asserting a retaining or charging lien.

8. I am continuing to practice law in connection with my role as Director of Yale Law School's Media Freedom & Information Access Clinic, and recently updated my PACER profile to reflect this, so my address currently appears on the docket for this case as shown here (although I filed my appearance as a Ballard Spahr LLP attorney):

> David A. Schulz
> Yale Law School
> Media Freedom & Information Access Clinic
> 127 Wall Street
> New Haven, CT 06511
> 212-663-6162
> Email: david.schulz@yale.edu

WHEREFORE, for the foregoing reasons, it is respectfully requested that this Court enter an Order granting my withdrawal from this matter.

Dated: January 6, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ David A. Schulz
    David A. Schulz
1675 Broadway, 19th Floor
New York, NY 10019
Phone: (212) 860-6103
Fax: (212) 223-1942
schulzd@ballardspahr.com

*Counsel for Plaintiff Newsday LLC*