**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NEWSDAY LLC | Civil Action No.  2:25-cv-01297-DG-ARL |
| *Plaintiff,* | |
| vs. | **NOTICE OF MOTION** |
| NASSAU COUNTY, NASSAU COUNTY LEGISLATURE, AND BRUCE BLAKEMAN, in his individual capacity | |
| *Defendants.* | |

**PLEASE TAKE NOTICE** that, upon the attached Declaration of Todd G. Cosenza and the accompanying Memorandum of Law, Defendants Nassau County, Nassau County Legislature, and Bruce Blakeman, by and through their attorneys, Willkie Farr & Gallagher LLP, will move this Court at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Diane Gujarati, at a date and time designated by the Court, for an Order dismissing this action with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

Dated:   January 30 2026
             New York, New York

**WILLKIE FARR & GALLAGHER**

By: /s/   *Todd Cosenza*
Todd G. Cosenza
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8677
tcosenza@willkie.com

Jeremy Bylund (*pro hac vice*)
Joshua Mitchell (*pro hac vice*)
Willkie Farr & Gallagher LLP

1875 K Street N.W
Washington, D.C. 20006
(202) 303-1053
(202) 303-1232
jbylund@willkie.com
jmitchell@willkie.com

*Attorneys for Defendants Nassau County, Nassau County Legislature, and Bruce Blakeman, in his individual capacity*