# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

NEWSDAY LLC

           *Plaintiff,*

    vs.

NASSAU COUNTY, NASSAU COUNTY
LEGISLATURE, AND BRUCE BLAKEMAN, in
his individual capacity

           *Defendants.*

Civil Action No.  2:25-cv-01297-DG-ARL

## DECLARATION OF TODD G. COSENZA

I, Todd G. Cosenza, make the following Declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746, and state the following to be true and correct:

1. I am an attorney admitted to practice law in the State of New York and the United States District Court for the Eastern District of New York.

2. I am a partner at the law firm of Willkie Farr & Gallagher LLP, counsel for defendants Nassau County, Nassau County Legislature, and Bruce Blakeman (collectively, "Defendants"), and am fully familiar with the facts set forth herein.

3. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

4. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts from the Nassau County Full Legislature Meeting on December 16, 2024.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Notice of Claim, dated January 28, 2025.

6. Attached hereto as Exhibit C is a true and correct copy of the Transcript of the N.Y. Gen. Municipal Law §50-h Deposition of Jason Neknez (May 21, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on the 30th day of January 2026.

/s/ *Todd Cosenza*
Todd G. Cosenza