# EXHIBIT A

NASSAU COUNTY LEGISLATURE

FULL LEGISLATURE MEETING

* * * * * * *

HOWARD J. KOPEL, PRESIDING OFFICER

* * * * * * *

**County Executive and Legislative Building**

**1550 Franklin Avenue**

**Mineola, New York**

* * * * * * * *

Monday, December 16, 2024

1:20 p.m.

TAKEN BY:  ALEXA LORENZO, OFFICIAL COURT REPORTER

NC FULL LEGISLATURE 12.16.2024

LEGISLATOR HOWARD KOPEL

Presiding Officer

7th Legislative District

***

LEGISLATOR THOMAS MCKEVITT

Alternate Presiding Officer

13th Legislative District

***

LEGISLATOR JOHN FERRETTI,JR.

Alternate Deputy Presiding Officer

15th Legislative District

***

LEGISLATOR SCOTT DAVIS

1st Legislative District

***

LEGISLATOR SIELA BYNOE

2nd Legislative District

***

LEGISLATOR CARRIE SOLAGES

3rd Legislative District

***

LEGISLATOR PATRICK MULLANEY

4th Legislative District

NC FULL LEGISLATURE 12.16.2024

LEGISLATOR SETH KOSLOW

5th Legislative District

***

LEGISLATOR DEBRA MULE

6th Legislative District

***

LEGISLATOR JOHN J. GIUFFRE

8th Legislative District

***

LEGISLATOR SCOTT STRAUSS

9th Legislative District

***

LEGISLATOR MAZI MELESA PILIP

10th Legislative District

***

DELIA DERIGGI-WHITTON

Minority Leader

11th Legislative District

***

LEGISLATOR MICHAEL GIANGREGORIO

12th Legislative District

***

LEGISLATOR C. WILLIAM GAYLOR, III

14th Legislative District

NC FULL LEGISLATURE 12.16.2024

***

LEGISLATOR ARNOLD W. DRUCKER

16th Legislative District

***

LEGISLATOR ROSE MARIE WALKER

17th Legislative District

***

LEGISLATOR SAMANTHA GOETZ

18th Legislative District

***

LEGISLATOR JAMES KENNEDY

19th Legislative District

***

MICHAEL PULITZER

Clerk of the Legislature

TOP COPS:

OFFICER STACEY DOLAN


POINTS OF PRIVILEGE:

John Herslin


Sgt. Al Staab, III

William Burke, IV

Frank Riso

Michael Plactere

Trevor Tebaldi

Alex Minicozzi

Kenny Minicozzi

listening should consider: *Newsday* has a slogan, and that slogan is, "Your eye on Long Island". *Newsday* is based in Long Island, in Melville, but certainly we're all familiar with their articles. We're all familiar with their reporters. We're all familiar with their scrutiny for all of us.

I looked at *The New York Post* to see what their slogan was; there isn't one. I looked to see where *The Post* is headquartered, and they're on Avenue of the Americas in New York City. So we have to ask ourselves, why are we doing this? Why are we going to a newspaper that is not hyperlocal? Why are we going to a newspaper that has less weekly readership? Why are we going to a newspaper that is based in New York City and not in Long Island? Why did we amend the County Charter in order to facilitate this? This is what makes all of us look bad. Because people look at this and they and they wonder, why are we doing

it? People have the right. And me as a new legislator, I welcome the scrutiny. I welcome my feet held to the fire and accountability. And I think we all should. And when we're making decisions that are blatantly political and they have an adverse impact on the scrutiny that the public can place on us, it's just bad government and we shouldn't do this.

PRESIDING OFFICER KOPEL: Okay. Thank you, Legislator Davis.

I will just set forth a few comments about why this was done and relating to some of the items that you just discussed.

First of all, in terms of the circulation, I know the *Newsday* has declined to provide it directly. I'm going to finish. I didn't interrupt you. You're not going to interrupt me. *Newsday* has exhibited consistent bias in terms of its editorial content and certainly they've exhibited an inability

NC FULL LEGISLATURE 12.16.2024

to distinguish between reporting news and and their editorial opinions, which seep into the news. They have historically misquoted, quoted out of context. Going beyond that, in terms of the distribution, New York Post has -- by the way, I should mention it's the oldest continuously published paper in the country founded by Alexander Hamilton -- it has a significant readership here in Nassau County. *Newsday* has a paywall, which blocks people from going ahead and reading what's going on over here. As well as even reading the notices that the County publishes, those are all blocked by a paywall. *New York Post* does not have one. *New York Post* has promised to establish a significant presence here.

Now, here in Nassau in the New Year, they're going to have two full time reporters here in Nassau County. And at least a page or two of Nassau News, devoted to Nassau news and more when there's something significant going on.

it is not going to detract at all from the ability of the county residents, which is the purpose of these notices. It's not going to detract at all, given the lack of paywall from anyone in the county checking these things on a daily basis as needed.

Legislator Bynoe?

LEGISLATOR BYNOE: Thank you.  So the paywall issue I would consider legit as a concern, but we are seeing currently that the subscriber numbers are solid with *Newsday*. Just today when I had the class in here, as I do normally when I have a class in here, I explained to them what legislators do, and I explained that we legislate. It's in our name, right? We create laws, we vet laws, we vote on laws. That we're fiduciaries, that we manage the funds of the County. But I explained to them, the most important role of government of elected leaders is that we connect them to resources, that we are the access to government. And

access alone is not enough; awareness is. And so *Newsday*, as a means for promulgating any of the legal notices and etcetra, that we would be engaging them for, I think it's shortsighted to say that we're not doing that, because we don't feel that they have sided with our policies, our philosophy, and our political leanings. I have felt misquoted by *Newsday*. I have felt that I didn't get a fair shake with *Newsday*. But at the end of the day, my job is in this role is not to worry about how *Newsday* has treated me. It's about how they're serving our public. So to say that we're not going to support *Newsday* because we don't agree with how they have dealt with us. I think it's shortsighted. It's inappropriate, and it has no place in government or in this chamber.

Thank you.

PRESIDING OFFICER KOPEL:  Okay. Legislator Ferretti, of course.

LEGISLATOR FERRETTI:  Thank you,

NC FULL LEGISLATURE 12.16.2024

Presiding Officer. Just for me real quick, two reasons why I'm going to be supporting this.

Number one is the paywall issue. I think it's extremely important that all residents, regardless of your financial ability, has access to this information. And clearly *The Post* is a better choice in that regard.

And secondarily, as a presiding officer touched on, you know, talk about transparency as Legislator Davis did, *Newsday* was asked to provide their circulation numbers. They didn't. They declined to provide it. So there's that lack of transparency from *Newsday* is the second reason I will be supporting this. Thank you.

PRESIDING OFFICER KOPEL:  Thank you. All those in favor of Resolution 246, please say, "Aye".

PRESIDING OFFICER KOPEL:  Aye.

LEGISLATOR MULLANEY:  Aye.

LEGISLATOR GIUFFRE:  Aye.

LEGISLATOR PILIP:  Aye.

LEGISLATOR STRAUSS:  Aye.

LEGISLATOR GIANGREGORIO:  Aye.

LEGISLATOR MCKEVITT:  Aye.

LEGISLATOR GAYLOR:  Aye.

LEGISLATOR FERRETTI:  Aye.

LEGISLATOR WALKER:  Aye.

LEGISLATOR GOETZ:  Aye.

LEGISLATOR KENNEDY:  Aye.

PRESIDING OFFICER KOPEL:  Opposed?

LEGISLATOR BYNOE:  Nay.

LEGISLATOR SOLAGES:  Nay.

LEGISLATOR KOSLOW:  Nay.

LEGISLATOR MULE:  Nay.

LEGISLATOR DAVIS:  Nay.

MINORITY LEADER DERIGGI-WHITTON:
Nay.

LEGISLATOR DRUCKER:  Nay.

PRESIDING OFFICER KOPEL:  Passes 12
to 7.

                    * * * * * *

C E R T I F I C A T E


STATE OF NEW YORK )

                    : SS.:

County of Nassau )


          I, ALEXA LORENZO, a Notary Public for and within the State of New York, do hereby certify:

          That the above is a correct transcription of my stenographic notes.

          IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of December, 2024.


                    *Alexa Lorenzo*

                    Alexa Lorenzo