# Ballard Spahr
### LLP

------------------

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lynn Oberlander
Tel: 646.346.8011
Fax: 212.223.1942
oberlanderl@ballardspahr.com

May 27, 2026

*By Electronic Filing*

Hon. Arlene R. Lindsay
U. District Court, Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

Re:     *Newsday v. Nassau County et al.*, Case No. 2:25-cv-01297-DG-ARL

Dear Hon. Lindsay:

Pursuant to Your Honor's Individual Rule 1(D), Plaintiff Newsday LLC and Defendants Nassau County, Nassau County Legislature, and Bruce Blakeman, in his individual capacity, jointly submit this letter-application seeking a three-month extension of the discovery and motion deadlines in the Rule 26(f) Report, Dkt. 37, as amended by the Court's order on March 25, 2026.

This is the parties' second extension request.  On March 25, 2026, Your Honor granted the parties' first request and ordered "[a]ll discovery, inclusive of expert discovery, to be concluded by August 30, 2026."  Order (Mar. 25, 2026).  This was a two-month extension of the deadline in the Rule 26(f) Report.  *See* Dkt. 37 at 3 (setting close of discovery for June 30, 2026).  Based on the order of the deadlines in the Rule 26(f) Report and the parties' agreement that fact discovery should conclude one month before primary expert reports must be produced, *see id.* at 3-4, fact discovery is currently scheduled to close on May 30, 2026.

Discovery remains limited to document discovery until a decision on the Defendants' motion to dismiss.  *See* Dkt. 36.  As the parties are unable to complete fact discovery until that motion is decided, the parties respectfully request a three-month extension of the discovery and motion deadlines as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Close of Fact Discovery | May 30, 2026 | August 31, 2026 |
| Primary Expert Reports Due | June 30, 2026 | September 30, 2026 |
| Rebuttal Expert Reports Due | July 29, 2026 | October 29, 2026 |

Hon. Arlene R. Lindsay
May 27, 2026
Page 2

| Close of Discovery | August 30, 2026 | November 30, 2026 |
|---|---|---|
| Dispositive Motion – First Step in Motion Process | September 30, 2026 | December 30, 2026 |

Respectfully submitted,

/s/ Lynn Oberlander_____
Lynn Oberlander
*Counsel for Plaintiff*

/s/ Todd G. Cosenza_____
Todd G. Cosenza
*Counsel for Defendants*