Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lynn Oberlander
Tel: 646.346.8011
Fax: 212.223.1942
oberlanderl@ballardspahr.com

August 25, 2026

*By Electronic Filing*

Hon. Arlene R. Lindsay
U.S. District Court, Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

Re: *Newsday v. Nassau County et al.*, Case No. 2:25-cv-01297-DG-ARL

Dear Hon. Lindsay:

Pursuant to Your Honor's Individual Rule 1(D), Plaintiff Newsday LLC and Defendants Nassau County, Nassau County Legislature, and Bruce Blakeman, in his individual capacity, jointly submit this letter-application seeking a three-month extension of the discovery and motion deadlines in the above-captioned case.

This is the parties' third extension request. On May 28, 2026, Your Honor granted the parties' second request and ordered "[a]ll discovery, inclusive of expert discovery, to be concluded by November 30, 2026." Order (May 28, 2026). This was a three-month extension of the previous deadline. *See* Dkt. 54. Based on the order of the deadlines in the Rule 26(f) Report and the parties' agreement that fact discovery should conclude one month before primary expert reports must be produced, *see* Dkt. 37 at 3-4, fact discovery is currently scheduled to close on August 31, 2026, *see* Dkt. 54 at 1.

Discovery remains limited to document discovery until a decision on the Defendants' motion to dismiss. *See* Dkt. 36. As the parties are unable to complete fact discovery until that motion is decided, the parties respectfully request a three-month extension of the discovery and motion deadlines as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | August 31, 2026 | November 30, 2026 |
| Primary Expert Reports Due | September 30, 2026 | December 30, 2026 |
| Rebuttal Expert Reports Due | October 29, 2026 | January 29, 2027 |

| | | |
|---|---|---|
| Close of Discovery | November 30, 2026 | February 26, 2027 |
| Dispositive Motion – First Step in Motion Process | December 30, 2026 | March 30, 2027 |

Respectfully submitted,

/s/ Lynn Oberlander
Lynn Oberlander
*Counsel for Plaintiff*

/s/ Todd G. Cosenza
Todd G. Cosenza
*Counsel for Defendants*