**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

NEWSDAY LLC,

Plaintiff,

-against-

NASSAU COUNTY, NASSAU COUNTY LEGISLATURE, and BRUCE BLAKEMAN in his individual capacity,

Defendants.

Case No. 2:25-cv-01297-ARL

**AFFIDAVIT OF SEAN SANDOLOSKI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

*Filed Electronically*

I, Sean Sandoloski, being duly sworn, hereby depose and say as follows:

1. I am a partner at the law firm of Willkie Farr & Gallagher LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the bar of the District of Columbia.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have never been convicted of a felony.
6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
7. My attorney identification number for the District of Columbia is 1012579.

Wherefore, affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in the above-captioned matter for Nassau County, Nassau County Legislature, and Bruce Blakeman. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Sean Sandoloski*

Sean Sandoloski
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1072
SSandoloski@willkie.com

**CERTIFICATE OF SERVICE**

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: October 19, 2026.

*/s/ Sean Sandoloski*
Sean Sandoloski (SSandoloski@willkie.com)