**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

NEWSDAY LLC,

Plaintiff,

-against-

NASSAU COUNTY, NASSAU COUNTY LEGISLATURE, and BRUCE BLAKEMAN in his individual capacity,

Defendants.

Case No. 2:25-cv-01297-ARL

**NOTICE OF APPEARANCE**

*Filed Electronically*

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Sean Sandoloski, of the law firm Willkie Farr & Gallagher LLP, hereby enters an appearance in the above-captioned action as attorney for Defendants, Nassau County, Nassau County Legislature, and Bruce Blakeman. The undersigned certifies that he is admitted to practice in this Court.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Sean Sandoloski*

Sean Sandoloski
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1072
ssandoloski@willkie.com

**CERTIFICATE OF SERVICE**

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: October 21, 2026

*/s/ Sean Sandoloski*
Sean Sandoloski (ssandoloski@willkie.com)